IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DARLA EDWARDS**          )<br>                                                  )<br>     **Plaintiff,**                        )<br>                                                  )<br>**v.**                                          )<br>                                                  )<br>**FEDEX GROUND PACKAGE SYSTEM, INC.,** )<br>a Delaware Corporation              )<br>                                                  )<br>     **Defendant.**                       ) | **CASE NO. 4:21-CV-821/KGB** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Darla Edwards and Defendant FedEx Ground Package System, Inc., by and through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby file this Stipulation of Dismissal with Prejudice and respectfully request that the Court dismiss the above-styled cause with Prejudice with each party to bear their own costs, expenses, and attorneys' fees except as otherwise agreed.

Dated this 7th day of April, 2023.

                                              Respectfully submitted,

                                              **FISHER & PHILLIPS LLP**

By:    */s/ Jeff Weintraub*
          Jeff Weintraub (AR Bar #2010006)
          J. Gregory Grisham (TN BPR #013810)
          1715 Aaron Brenner Drive, Suite 312
          Memphis, Tennessee 38120
          (901) 526-0431 – telephone
          (901) 526-8183 – facsimile
          jweintraub@fisherphillips.com
          ggrisham@fisherphillips.com

          *Attorneys for Defendant*

/s/ Matthew A. Kaufman by JW with permission
The Kaufman Law Firm
4590 Thousand Oaks Blvd, Suite 100
Westlake Village, CA 91361
mkaufman@allklf.com

Josh Sanford
Sanford Law Firm, PLLC
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
Sean@sanfordlawfirm.com
josh@sanfordlawfirm.com

*Attorneys for Plaintiff, Darla Edwards*