IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DARLA EDWARDS**                                                                                          **PLAINTIFF**

v.                             Case No. 4:21-cv-000821 KGB

**FEDEX GROUND PACKAGE**
**SYSTEM, INC.**                                                                                           **DEFENDANT**

## ORDER

Before the Court is plaintiff Darla Edwards and defendant FedEx Ground Package System Inc.'s stipulation of dismissal with prejudice (Dkt. No. 21). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal with prejudice (*Id.*). This action is dismissed with prejudice, with the parties to bear their own costs, expenses, and attorneys' fees except as otherwise agreed.

It is so ordered this 10th day of April, 2023.

_____
Kristine G. Baker
United States District Judge